**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

REUVEN GILMORE, <u>et</u> <u>al.</u>          :

            Plaintiffs,          :

                                  :    **Civil Action No. 1-853 (GK)**

      v.                          :

                                  :

PALESTINIAN INTERIM SELF-         :
GOVERNMENT AUTHORITY, <u>et</u> <u>al.</u>,  :

            Defendants.           :

                                  :

### ORDER

Plaintiffs are family members and the estate of Esh Kodesh Gilmore, a United States national killed in a shooting on October 30, 2000, in East Jerusalem. They bring this case against Defendants, the Palestinian Interim Self-Government Authority ("PA") and the Palestine Liberation Organization ("PLO") (collectively, "Defendants") pursuant to the Anti-Terrorism Act of 1991 ("ATA"), 18 U.S.C. § 2331, <u>et</u> <u>seq.</u>, and related common law theories.

This matter is before the Court on Defendants' Motion for Judgment on the Pleadings for Lack of Personal Jurisdiction [Dkt. No. 359]. Upon consideration of the Motion, Opposition [Dkt No. 371], and Reply [Dkt. No. 374], and the entire record

herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED, that Defendants' Motion for Judgment on the Pleadings is **denied**.

June 23, 2014

_Gladys Kessler_
Gladys Kessler
United States District Judge

**Copies to**: attorneys on record via ECF